Justin Samuels
Rua Professor Joao Prates, 9
2830-297 Barreiro
Portugal
09/10/2023


Re: Lawsuit Initiation - Unemployment Benefit Termination and Equal Protection Violation

Dear Clerk of the Court,

I am writing to formally initiate a lawsuit in the Southern District of New York against the New York Department of Labor (NYDOL) and the United States Department of Labor (USDOL).

Statement of Facts:

During the COVID-19 pandemic, I found myself in a challenging situation while caring for my mother in Spain. I was employed remotely and, in due course, applied for unemployment benefits in accordance with the applicable regulations.

Initially, I received unemployment benefits; however, my benefits were subsequently terminated, and I was accused by NYDOL of falsely applying for them. I have attached documents, including my hearing and the appeals board decisions, as well as a contrasting appeals board decision where a claimant prevailed, for the court's reference. These documents provide a comprehensive account of the circumstances surrounding my case.

Basis for Legal Action:

My lawsuit rests on two primary grounds:

1. Equal Protection Violation: I contend that the actions of NYDOL and USDOL violated my rights under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution. Specifically, my case raises concerns of unequal treatment in comparison to other unemployment benefit applicants during the pandemic, where discrepancies in eligibility may have arisen based on dual citizenship or the countries of citizenship.

2. Emotional Distress: The termination of my unemployment benefits, coupled with the emotional turmoil of caring for my terminally ill mother during the pandemic, caused significant emotional distress. This lawsuit seeks redress for the emotional harm endured during this period.

Prayer for Relief:

I respectfully request the following relief from this Honorable Court:

1. A declaration that the actions of NYDOL and USDOL were unconstitutional.
2. Damages for the emotional distress I have suffered as a result of these actions.
3. Any other relief that this Court deems appropriate and just in the circumstances.

Jury Demand:

I request a trial by jury on all issues triable by a jury.

Signature:

Justin Samuels