UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN SAMUELS,

                    Plaintiff,

-against-

NEW YORK DEPARTMENT OF LABOR (NYDOL); UNITED STATES DEPARTMENT OF LABOR (USDOL); ROBERTA REARDON; DENISE MONTRAN,

                    Defendants.

23cv8004 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the January 3, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 3, 2025
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                          Chief United States District Judge